KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LING LIU,<br>            Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT DEVINE, Acting Director, U.S. Citizenship and Immigration Services; EMILIA M. BARDINI, Director, San Francisco Asylum Office, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director, Federal Bureau of Investigation.<br><br>            Defendants. | No. C 05-5053 MMC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time within which the Defendants must serve its answer in the above-entitled action.  The extension is required because the parties are considering a possible resolution of the case.

    On January 30, 2006, I spoke with Plaintiff's attorney by telephone, and he stated that he does not object to a 30-day extension for Defendants' answer.

Stip to Ext Time
C 05-5053 MMC

Defendants respectfully request that the Court extend the due date for the answer until March 10, 2006.

Dated: January 30, 2006              Respectfully submitted,

                                                                KEVIN V. RYAN
                                                                United States Attorney

                                                                 /s/
                                                               ILA C. DEISS
                                                               Assistant United States Attorney
                                                               Attorney for Defendants

Dated: January 30, 2006                          /s/
                                                              JUSTIN X. WANG
                                                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  February 1, 2006              _____
                                                               MAXINE M. CHESNEY
                                                               United States District Judge