1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5  Ling LIU

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  Ling LIU                              )   No.: *C 05-5053 MMC*
10                                        )
                                          )
11              Plaintiff,                )
                                          )   **NOTICE OF VOLUNTARY**
12                                        )   **DISMISSAL**
        vs.                               )
13                                        )
                                          )
14  *Michael Chertoff*, Secretary of the  )
    Department of Homeland Security;     )
15  *Robert Devine*, Acting Deputy Director, )
    U.S. Citizenship and Immigration Services; )
16  *Emilia M. Bardini*, Director,        )
    San Francisco Asylum Office, USCIS;  )
17  *Robert S. Mueller*, Director,        )
    Federal Bureau of Investigation;     )
18                                        )
              Defendants.                 )
19  _____)

20
        NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily
21
    dismisses the above-captioned action without prejudice.
22

23
    Dated: February 13, 2006
24

25  Dated: February 13, 2006

26                                              _____
   IT IS SO ORDERED
27  Maxine M. Chesney                           Justin X. Wang, Esq.
    Judge Maxine M. Chesney                     Attorney for Plaintiff
28

Case No.: **C 05-05053 MMC**
NOTICE OF VOLUNTARY DISMISSAL                                    F:\NANCY\Mandamus\LIU, Ling\DISMISSAL.wpd